Melanie E. Damian, Esq., as Receiver
DAMIAN & VALORI, LLP
1000 Brickell Avenue, Suite 1020
Miami, Florida 33131
STANDARDIZED FUND ACCOUNTING REPORT
CIVIL – Receivership FUND FOR SEC v. WE THE PEOPLE INC. OF UNITED STATES Case No.
2:13-cv-14050-JEM
Reporting Period 5/1/2013 to 6/30/2013

|  |  | Detail | Subtotal | Grand Total |
|---|---|---|---|---|
| Line 1 | Beginning Balance (As of 4/30/13): | 58441994.03 | 0 | $ 58,441,994.03 |
|  | **Increases in Fund Balance:** |  |  |  |
| Line 2 | Business Income | 0 | 0 | $ - |
| Line 3 | Cash and Securities[1] | $0.00 | $0.00 | $ - |
| Line 4 | Interest/Dividend Income | $22.85 | $22.85 | $ 22.85 |
| Line 5 | Business Asset Liquidation | 0 | $0.00 | $ - |
| Line 6 | Personal Asset Liquidation | $0.00 | $0.00 | $ - |
| Line 7 | Third-Party Litigation Income | 0 | $0.00 | $ - |
| Line 8 | Miscellaneous – Other | $0.00 | $0.00 | $ - |
|  | **Total Funds Available (Lines 1-8):** |  |  | $ 58,442,016.88 |
|  | **Decreases in Fund Balance:** |  |  |  |
| Line 9 | Disbursements to Investors | 0 | 0 | $ - |
| Line 10 | Disbursements for Buisness Operations [2] | $75,975.88 | $75,975.88 | $ 75,975.88 |
| Line 10a | Disbursements to Receiver or Other Professionals | 0 | 0 | $ - |
| Line 10b | Business Asset Expenses |  | $0.00 |  |
| Line 10c | Personal Asset Expenses: | 0 | 0 | $ - |
| Line 10d | Investment Expenses | 0 | 0 | $ - |
| Line 10e | Third-Party Litigation | 0 | 0 | $ - |
| Line 10f | Tax Administrator Fees and Bonds | 0 | 0 | $ - |
| Line 10g | Federal and State Tax Payments | 0 | 0 | $ - |
| Line 10h | Payments to Annuitants | 695908.26 |  | $ 695,908.26 |
|  | **Total Disbursements for Receivership Operations** |  |  | $ 771,884.14 |
| Line 11 | Disbursements for Distribution Expenses Paid by the Fund: | 0 | 0 | $ - |
| Line 11a | Distribution Plan Development Expenses: | 0 | 0 | $ - |

**Exhibit B**

| | | | | | |
|---|---|---|---|---|---|
| Line 11b | Distribution Plan Implementation Expenses: | 0 | | 0 | $ - |
| Line 12 | Disbursements to Court/Other | 0 | | 0 | $ - |
| Line 12a | Investment Expenses/Court Registry Investment System (CRIS) Fees | 0 | | 0 | $ - |
| Line 12b | Federal Tax Payments | 0 | | 0 | $ - |
| | **Total Disbursements to Court/Other** | | | | |
| | **Total Funds Disbursed (Lines 9-11)** | | | | $ 771,884.14 |
| Line 13 | Ending Balance (As of June 30, 2013) | | | | $ 57,670,132.74 |
| Line 14 | Ending Balance of Fund – Net Assets: | | | | |
| Line 14a | Cash & Cash Equivalents | 77815.83 | | | $ 77,815.83 |
| Line 14b | Investments | 56844399.09 | | | $ 56,844,399.09 |
| Line 14c | Other Assets or Uncleared Funds | 747917.82 | | | $ 747,917.82 |
| | **Total Ending Balance of Fund – Net Assets** | | | | $ 57,670,132.74 |
| Lines 15-19 | Other Supplemental Information: | N/A | | | |

[1] Funds were from and were deposited in the 2 bank accounts, attached as Exhibit 1.

[2] Funds were disbursed to maintain its business and its assets, attached as Exhibit 2.

Respectfully submitted,
Damian & Valori LLP
1000 Brickell Avenue, Suite 1020
Miami, Florida 33131
Telephone: 305-371-3960
Facsimile: 305-371-3965

/s/ Melanie E. Damian
Melanie E. Damian, P.A.,
*Court-Appointed Receiver*

WE THE PEOPLE, INC. OF THE UNITED STATES
DEPOSITS
MAY - JUNE 2013

| Date | Transaction Type | Account | Split | Amount |
|---|---|---|---|---|
| 05/09/2013 | Deposit | 4000 Distribution From Annuities | 1050 Wells Fargo - Receivership Checking | 119,448.93 |
| 05/14/2013 | Deposit | 4000 Distribution From Annuities | 1050 Wells Fargo - Receivership Checking | 54,387.39 |
| 05/14/2013 | Deposit | 4000 Distribution From Annuities | 1050 Wells Fargo - Receivership Checking | 94,019.70 |
| 05/22/2013 | Deposit | 4000 Distribution From Annuities | 1050 Wells Fargo - Receivership Checking | 65,367.78 |
| 05/30/2013 | Deposit | 4000 Distribution From Annuities | 1050 Wells Fargo - Receivership Checking | 328.26 |
| 05/31/2013 | Deposit | 4000 Distribution From Annuities | 1050 Wells Fargo - Receivership Checking | 372.34 |
| 06/05/2013 | Deposit | 4000 Distribution From Annuities | 1050 Wells Fargo - Receivership Checking | 113,797.97 |
| 06/11/2013 | Deposit | 4000 Distribution From Annuities | 1050 Wells Fargo - Receivership Checking | 256,715.77 |
| 06/18/2013 | Deposit | 4000 Distribution From Annuities | 1050 Wells Fargo - Receivership Checking | 1,907.33 |
| 06/25/2013 | Deposit | 4000 Distribution From Annuities | 1050 Wells Fargo - Receivership Checking | 7,016.19 |
| 06/27/2013 | Deposit | 4000 Distribution From Annuities | 1050 Wells Fargo - Receivership Checking | 5,813.51 |
|  |  |  |  | 719,175.17 |
|  |  |  |  | 719,175.17 |
| 06/04/2013 | Deposit | 4000 Distribution From Annuities | 1060 GB - Receivership Account | 14,022.78 |
| TOTAL |  |  |  | 733,197.95 |

Exhibit 1

WE THE PEOPLE, INC. OF THE UNITED STATES
INVESTMENT INCOME
MAY - JUNE, 2013

| Date | Account | Split | Amount |
|---|---|---|---|
| 05/31/2013 | 4050 Investment Income | 1050 Wells Fargo - Receivership Checking | 1.76 |
| 06/27/2013 | 4050 Investment Income | 1050 Wells Fargo - Receivership Checking | 19.00 |
| 06/30/2013 | 4050 Investment Income | 1050 Wells Fargo - Receivership Checking | 1.87 |
| | | | 22.63 |
| | | | 22.63 |
| 6/25/2013 | 4050 INVESTMENT INCOME | 1050 GB - Receivership Account | 0.22 |
| TOTAL | | | 22.85 |

## We The People, Inc. of the United States
## DISBURSEMENTS
MAY 1, 2013 - JUNE 30, 2013

| | |
|---|---:|
| 5010 Bank Service Charges | 29.00 |
| 5130 Misc | 1,000.00 |
| 5145 Office | 139.00 |
|   5146 Supplies | 85.43 |
|   5147 Building Maint. | 100.00 |
|   5149 Office Equipment | 360.33 |
| Total 5145 Office | 684.76 |
| 5170 Payroll Expenses | |
|   5172 Taxes | 843.53 |
|   5174 Wages | 11,026.64 |
| Total 5170 Payroll Expenses | 11,870.17 |
| 5180 Phone and Internet | 1,716.55 |
| 5185 Postage | 190.38 |
| 5190 Professional Fees | |
|   5192 Accounting | 6,887.50 |
|   5193 Consulting | 22,000.00 |
| Total 5190 Professional Fees | 28,887.50 |
| 5235 Repairs | |
|   5236 Building Repairs | 135.00 |
|   5237 Computer Repairs | 125.00 |
| Total 5235 Repairs | 260.00 |
| 5250 State Registration | 60.00 |
| 5270 Utilities | 1,106.55 |
| 5275 We're not alone | 30,170.97 |
| **Total Disbursements** | **75,975.88** |

**Exhibit 2**