# EXHIBIT B

Melanie E. Damian, Esq., as Receiver
DAMIAN & VALORI, LLP
1000 Brickell Avenue, Suite 1020
Miami, Florida 33131
STANDARDIZED FUND ACCOUNTING REPORT
CIVIL – Receviership FUND FOR SEC v. WE THE PEOPLE INC. OF UNITED STATES Case No.
2:13-cv-14050-JEM
Reporting Period 7/1/2013 to 9/30/2013

|  |  | Detail | Subtotal | Grand Total |
|---|---|---|---|---|
| Line 1 | Beginning Balance (As of 6/30/13): | 57670132.74 | 0 | $ 57,670,132.74 |
|  | **Increases in Fund Balance:** |  |  |  |
| Line 2 | Business Income | 0 | 0 | $ - |
| Line 3 | Cash and Securities[1] | $0.00 | $0.00 | $ - |
| Line 4 | Interest/Dividend Income | $2,859.31 | $2,859.31 | $ 2,859.31 |
| Line 5 | Business Asset Liquidation | 0 | $0.00 | $ - |
| Line 6 | Personal Asset Liquidation | $0.00 | $0.00 | $ - |
| Line 7 | Third-Party Litigation Income | 0 | $0.00 | $ - |
| Line 8 | Miscellaneous - Other | $0.00 | $0.00 | $ - |
|  | **Total Funds Available (Lines 1-8):** |  |  | $ 57,672,992.05 |
|  | **Decreases in Fund Balance:** |  |  |  |
| Line 9 | Disbursements to Investors | 0 | 0 | $ - |
| Line 10 | Disbursements for Buisness Operations [2] | $89,860.72 | $89,860.72 | $ 89,860.72 |
| Line 10a | Disbursements to Receiver or Other Professionals | 0 | 0 | $ - |
| Line 10b | Business Asset Expenses |  | $0.00 |  |
| Line 10c | Personal Asset Expenses: | 0 | 0 | $ - |
| Line 10d | Investment Expenses | 0 | 0 | $ - |
| Line 10e | Third-Party Litigation | 0 | 0 | $ - |
| Line 10f | Tax Administrator Fees and Bonds | 0 | 0 | $ - |
| Line 10g | Federal and State Tax Payments | 0 | 0 | $ - |
| Line 10h | Payments to Annuitants | 1,083,661.16 | 1,083,661.16 | $ 1,083,661.16 |
|  | **Total Disbursements for Receivership Operations** |  |  | $ 1,173,521.88 |
| Line 11 | Disbursements for Distribution Expenses Paid by the Fund: | 0 | 0 | $ - |
| Line 11a | Distribution Plan Development Expenses: | 0 | 0 | $ - |

| | | | | | |
|---|---|---|---|---|---|
| Line 11b | Distribution Plan Implementation Expenses: | | 0 | 0 | $ - |
| Line 12 | Disbursements to Court/Other | | 0 | 0 | $ - |
| Line 12a | Investment Expenses/Court Registry Investment System (CRIS) Fees | | 0 | 0 | $ - |
| Line 12b | Federal Tax Payments | | 0 | 0 | $ - |
| | Total Disbursements to Court/Other | | | | |
| | Total Funds Disbursed (Lines 9-11) | | | | $ 1,173,521.88 |
| Line 13 | Ending Balance (As of September 30, 2013) | | | | $ 56,499,470.17 |
| Line 14 | Ending Balance of Fund – Net Assets: | | | | |
| Line 14a | Cash & Cash Equivalents | | 847288.38 | | $ 847,288.38 |
| Line 14b | Investments | | 54904263.97 | | $ 54,904,263.97 |
| Line 14c | Other Assets or Uncleared Funds | | 747917.82 | | $ 747,917.82 |
| | Total Ending Balance of Fund – Net Assets | | | | $ 56,499,470.17 |
| Lines 15-19 | Other Supplemental Information: | | N/A | | |

[1] Funds were from and were deposited in the 2 bank accounts, attached as Exhibit 1.

[2] Funds were disbursed to maintain its business and its assets, attached as Exhibit 2.

Respectfully submitted,
Damian & Valori LLP
1000 Brickell Avenue, Suite 1020
Miami, Florida 33131
Telephone: 305-371-3960
Facsimile: 305-371-3965

/s/ Melanie E. Damian
Melanie E. Damian, P.A.,
*Court-Appointed Receiver*

# We The People, Inc. of the United States
# Deposit Detail
# JULY 1, 2013 TO SEPTEMBER 30, 2013

**1050 Wells Fargo - Receivership Checking**

| Date | Transaction Type | Amount |
|---|---|---|
| 07/01/2013 | Deposit | 65,733.77 |
| 07/09/2013 | Deposit | 102,466.59 |
| 07/11/2013 | Deposit | 1,424.73 |
| 07/12/2013 | Deposit | 30,673.86 |
| 07/16/2013 | Deposit | 60,816.83 |
| 7/23/2013 | Deposit | 80,176.41 |
| 07/25/2013 | Deposit | 19,511.26 |
| 07/30/2013 | Deposit | 807,954.25 |
| 08/06/2013 | Deposit | 265,432.65 |
| 08/13/2013 | Deposit | 134,492.92 |
| 08/20/2013 | Deposit | 89,192.66 |
| 08/28/2013 | Deposit | 54,262.39 |
| 09/06/2013 | Deposit | 96,460.04 |
| 09/17/2013 | Deposit | 12,543.55 |
| 09/24/2013 | Deposit | 138,887.59 |
| | **Total** | **1,960,029.50** |

# We The People, Inc. of the United States
## DISBURSEMENTS
## JULY 1, 2013 TO SEPTEMBER 30, 2013

| Expenses | | |
|---|---|---:|
| 5010 Bank Service Charges | $ | 43.00 |
| 5065 Insurance | | |
|   5067 Property Insurance | | (1,424.73) |
|   5068 Workers Compensation | | 372.25 |
| Total 5065 Insurance | | (1,052.48) |
| 5075 Interest Expense | | 6,854.31 |
| 5145 Office | | |
|   5146 Supplies | | 113.71 |
|   5147 Building Maint. | | 673.00 |
|   5148 Networking | | 30.00 |
|   5149 Office Equipment | | 1,013.43 |
| Total 5145 Office | | 1,830.14 |
| 5170 Payroll Expenses | | |
|   5172 Taxes | | 4,289.15 |
|   5174 Wages | | 16,539.96 |
| Total 5170 Payroll Expenses | | 20,829.11 |
| 5180 Phone and Internet | | 812.55 |
| 5185 Postage | | 678.00 |
| 5190 Professional Fees | | |
|   5192 Accounting | | 8,450.00 |
|   5193 Consulting | | 46,000.00 |
| Total 5190 Professional Fees | | 54,450.00 |
| 5230 Reimbursements | | 1,497.40 |
| 5235 Repairs | | |
|   5236 Building Repairs | | 105.00 |
| Total 5235 Repairs | | 105.00 |
| 5250 State Registration | | 2,000.00 |
| 5270 Utilities | | 1,813.69 |
| **Total Expenses** | $ | 89,860.72 |