# EXHIBIT B

Melanie E. Damian, Esq., as Receiver
DAMIAN & VALORI, LLP
1000 Brickell Avenue, Suite 1020
Miami, Florida 33131
STANDARDIZED FUND ACCOUNTING REPORT
CIVIL – Receviership FUND FOR SEC v. WE THE PEOPLE INC. OF UNITED STATES Case No.
2:13-cv-14050-JEM
Reporting Period 10/1/2013 to 12/31/2013

|  |  | Detail | Subtotal | Grand Total |
|---|---|---|---|---|
| Line 1 | Beginning Balance (As of 12/31/13): | 56,499,470.17 | 0 | $ 56,499,470.17 |
|  | **Increases in Fund Balance:** |  |  |  |
| Line 2 | Business Income | 0.00 | 0 | $ - |
| Line 3 | Cash and Securities[1] | 0.00 | $0.00 | $ - |
| Line 4 | Interest/Dividend Income | 24.74 | $24.74 | $ 24.74 |
| Line 5 | Business Asset Liquidation | 0.00 | $0.00 | $ - |
| Line 6 | Personal Asset Liquidation | 0.00 | $0.00 | $ - |
| Line 7 | Third-Party Litigation Income | 0.00 | $0.00 | $ - |
| Line 8 | Miscellaneous - Claims Against Marketing Advisors | 57,568.05 | $57,568.05 | $ 57,568.05 |
|  | **Total Funds Available (Lines 1-8):** |  |  | $ 56,557,062.96 |
|  | **Decreases in Fund Balance:** |  |  |  |
| Line 9 | Disbursements to Investors | 0.00 | 0 | $ - |
| Line 10 | Disbursements for Buisness Operations [2] | 82,902.14 | $82,902.14 | $ 82,902.14 |
| Line 10a | Disbursements to Receiver or Other Professionals | 89,532.08 | $89,532.08 | $ 89,532.08 |
| Line 10b | Business Asset Expenses |  | $0.00 |  |
| Line 10c | Personal Asset Expenses: | 0.00 | 0 | $ - |
| Line 10d | Investment Expenses | 0.00 | 0 | $ - |
| Line 10e | Third-Party Litigation | 0.00 | 0 | $ - |
| Line 10f | Tax Administrator Fees and Bonds | 0.00 | 0 | $ - |
| Line 10g | Federal and State Tax Payments | 0.00 | 0 | $ - |
| Line 10h | Payments to Annuitants | 1,176,416.24 | $1,176,416.24 | $ 1,176,416.24 |
|  | **Total Disbursements for Receivership Operations** |  |  | $ 1,348,850.46 |
| Line 11 | Disbursements for Distribution Expenses Paid by the Fund: | 0.00 | 0 | $ - |

| | | | | | |
|---|---|---|---|---|---|
| Line 11a | Distribution Plan Development Expenses: | 0.00 | 0 | $ | - |
| Line 11b | Distribution Plan Implementation Expenses: | 0.00 | 0 | $ | - |
| Line 12 | Disbursements to Court/Other | 0.00 | 0 | $ | - |
| Line 12a | Investment Expenses/Court Registry Investment System (CRIS) Fees | 0.00 | 0 | $ | - |
| Line 12b | Federal Tax Payments | 0.00 | 0 | $ | - |
| | Total Disbursements to Court/Other | | | | |
| | Total Funds Disbursed (Lines 9-11) | | | $ | 1,348,850.46 |
| Line 13 | Ending Balance (As of December 31, 2013) | | | $ | 55,208,212.50 |
| Line 14 | Ending Balance of Fund – Net Assets: | | | | |
| Line 14a | Cash & Cash Equivalents | 1,034,157.96 | | $ | 1,034,157.96 |
| | Claims Against Marketing Adviosrs Account | 57,568.05 | | $ | 57,568.05 |
| Line 14b | Investments | 53,368,568.67 | | $ | 53,368,568.67 |
| Line 14c | Other Assets or Uncleared Funds | 747,917.82 | | $ | 747,917.82 |
| | Total Ending Balance of Fund – Net Assets | | | $ | 55,208,212.50 |
| Lines 15 19 | Other Supplemental Information: | N/A | | | |

[1] Funds were from and were deposited in the 2 bank accounts, attached as Exhibit 1.

[2] Funds were disbursed to maintain its business and its assets, attached as Exhibit 2.

Respectfully submitted,
Damian & Valori LLP
1000 Brickell Avenue, Suite 1020
Miami, Florida 33131
Telephone: 305-371-3960
Facsimile: 305-371-3965