# EXHIBIT B

*(Standardized Fund Accounting Report)*

Melanie E. Damian, Esq., as Receiver
DAMIAN & VALORI, LLP
1000 Brickell Avenue, Suite 1020
Miami, Florida 33131
STANDARDIZED FUND ACCOUNTING REPORT
CIVIL – Receviership FUND FOR SEC v. WE THE PEOPLE INC. OF UNITED STATES Case No. 2:13-cv-14050-JEM
Reporting Period 4/1/2014- 6/30/2014

|  |  |  | Subtotal | Grand Total |
|---|---|---|---|---|
| Line 1 | Beginning Balance (As of 3/31/14): | 53,981,347.93 | 53,981,347.93 | $ 53,981,347.93 |
|  | **Increases in Fund Balance:** |  |  |  |
| Line 2 | Business Income |  | - | $ - |
| Line 3 | Cash and Securities[1] | 0.00 | - | $ - |
| Line 4 | Interest/Dividend Income | 23.93 | 23.93 | $ 23.93 |
| Line 5 | Business Asset Liquidation | 0.00 | - | $ - |
| Line 6 | Personal Asset Liquidation | 0.00 | - | $ - |
| Line 7 | Third-Party Litigation Income | 0.00 | - | $ - |
| Line 8 | Miscellaneous - Claims Against Marketing Advisors | 16,000.00 | 16,000.00 | $ 16,000.00 |
|  | Insurance Claim Proceeds | 375,000.00 | 375,000.00 | $ 375,000.00 |
|  | **Total Funds Available (Lines 1-8):** | 54,372,371.86 | 54,372,371.86 | $ 54,372,371.86 |
|  | **Decreases in Fund Balance:** |  |  |  |
| Line 9 | Disbursements to Investors | 0.00 | - | $ - |
| Line 10 | Disbursements for Buisness Operations [2] | 88,654.06 | 88,654.06 | $ 88,654.06 |
| Line 10a | Disbursements to Receiver or Other Professionals | 52,807.66 | 52,807.66 | 52,807.66 |
| Line 10b | Business Asset Expenses |  | - |  |
| Line 10c | Personal Asset Expenses: | 0.00 | - | $ - |
| Line 10d | Investment Expenses | 0.00 | - | $ - |
| Line 10e | Third-Party Litigation | 0.00 | - | $ - |
| Line 10f | Tax Administrator Fees and Bonds | 0.00 | - | $ - |
| Line 10g | Federal and State Tax Payments | 0.00 | - | $ - |
| Line 10h | Payments to Annuitants | 1,377,927.02 | 1,377,927.02 | 1,377,927.02 |
|  | **Total Disbursements for Receivership Operations** | $ 1,519,388.74 | $ 1,519,388.74 | $ 1,519,388.74 |
| Line 11 | Disbursements for Distribution Expenses Paid by the Fund: | 0.00 | - | $ - |
| Line 11a | Distribution Plan Development Expenses: | 0.00 | - | $ - |
| Line 11b | Distribution Plan Implementation Expenses: | 0.00 | - | $ - |
| Line 12 | Disbursements to Court/Other | 0.00 | - | $ - |

| Line 12a | Investment Expenses/Court Registry Investment System (CRIS) Fees | 0.00 | - | $ - |
|---|---|---|---|---|
| Line 12b | Federal Tax Payments | 0.00 | - | $ - |
| | Total Disbursements to Court/Other | | | |
| | Total Funds Disbursed (Lines 9-11) | $ 1,519,388.74 | $ 1,519,388.74 | $ 1,519,388.74 |
| Line 13 | Ending Balance (As of June 30, 2014) | $ 52,852,983.12 | $ 52,852,983.12 | $ 52,852,983.12 |
| Line 14 | Ending Balance of Fund – Net Assets: | | | |
| Line 14a | Cash & Cash Equivalents | 920,867.82 | 920,867.82 | 920,867.82 |
| | Claims Against Marketing Adviosrs Account | 55,413.20 | 55,413.20 | 55,413.20 |
| Line 14b | Investments | 51,128,784.28 | 51,128,784.28 | 51,128,784.28 |
| Line 14c | Other Assets or Uncleared Funds | 747,917.82 | 747,917.82 | $ 747,917.82 |
| | Total Ending Balance of Fund – Net Assets | 52,852,983.12 | 52,852,983.12 | 52,852,983.12 |
| Lines 15-19 | Other Supplemental Information: | N/A | | |

[1] Funds were from and were deposited in the 2 bank accounts, attached as Exhibit 1.

[2] Funds were disbursed to maintain its business and its assets, attached as Exhibit 2.

Respectfully submitted,
Damian & Valori LLP
1000 Brickell Avenue, Suite 1020
Miami, Florida 33131
Telephone: 305-371-3960
Facsimile: 305-371-3965

/s/ Melanie E. Damian
Melanie E. Damian, P.A.,
*Court-Appointed Receiver*

# We The People, Inc. of the United States
## DEPOSITS
### APRIL 1, 2014 - JUNE 30, 2014

| Date | Amount |
|---|---|
| 04/02/2014 | $ 50,940.57 |
| 04/09/2014 | 72,349.06 |
| 04/17/2014 | 166,385.32 |
| 04/23/2014 | 44,013.11 |
| 04/30/2014 | 119,319.91 |
| 05/08/2014 | 112,280.66 |
| 05/14/2014 | 40,032.48 |
| 05/15/2014 | 136,716.34 |
| 05/21/2014 | 214,169.76 |
| 06/03/2014 | 419,696.11 |
| 06/12/2014 | 15,664.95 |
| 06/18/2014 | 491,873.95 |
| 06/26/2014 | 14,675.99 |
| | $ 1,898,118.21 |

# We The People, Inc. of the United States
## DISBURSEMENTS FOR BUSINESS
## APRIL 1, 2014 - JUNE 30, 2014

| | |
|---|---:|
| **5010 Bank Service Charges** | $ 98.50 |
| **5075 Mortgage Payments** | 10,290.30 |
| **5145 Office** | |
| 5146 Supplies | 866.82 |
| 5147 Building Maint. | 533.38 |
| 5149 Office Equipment | 1,013.43 |
| **Total 5145 Office** | **2,413.63** |
| **5170 Payroll Expenses** | |
| 5171 Payroll Service Fee | 682.00 |
| 5172 Taxes | 4,531.31 |
| 5174 Wages | 16,539.96 |
| **Total 5170 Payroll Expenses** | **21,753.27** |
| **5180 Phone and Internet** | 573.49 |
| 5181 Phone Service | 220.27 |
| **Total 5180 Phone and Internet** | **793.76** |
| **5185 Postage** | 694.73 |
| **5190 Professional Fees** | |
| 5192 Accounting | 8,375.00 |
| 5193 Consulting | 42,400.00 |
| **Total 5190 Professional Fees** | **50,775.00** |
| **5235 Repairs** | |
| 5236 Building Repairs | 150.00 |
| 5237 Computer Repairs | 183.17 |
| **Total 5235 Repairs** | **333.17** |
| **5250 State Registration** | 35.00 |
| **5270 Utilities** | |
| 5271 Gas and Electric | 1,466.70 |
| **Total 5270 Utilities** | **1,466.70** |
| **Total Disbursements** | **$ 88,654.06** |