# COMPOSITE EXHIBIT 2
*(Property Tax Notice and Appraisal)*

# CRAIG LEUTHOLD, KNOX COUNTY TRUSTEE
## PROPERTY TAX NOTICE
www.knoxcounty.org/trustee     TEL: 865-215-2305

Tax ID:   050-16502
Address:  3320 HARRIS RD
Owner:    WE THE PEOPLE INC OF THE UNITED

Class:         RESIDENTIAL
Subd: OLD NETHERLAND PRO
Ward/Dist: 8N
Lot Size:
Block:
Lot:

Appraisal:     $25,500.00
Asmt. Ratio:   25%
Assessment:    $6,375.00
Tax Rate:      2.32 / per hundred
Tax Levy:      $148.00

Base Tax Due         $ 148.00

IF A MORTGAGE COMPANY PAYS THIS TAX, DO NOT REMIT. KEEP THIS NOTICE FOR YOUR RECORDS.

**Payment Dates:** Current Year Taxes are due and payable October 1st through February 28th. Beginning March 1st, penalties will be added at a rate of 1 1/2% on the first of every month.

Prior Year's Taxes are due by the end of this month.

WE THE PEOPLE INC OF THE UNITED STATES
2336 MITCHAM DR
TALLAHASSEE FL  32308

(TCA 67-5-2010)

# 2013

TO RECEIVE A PAID TAX RECEIPT YOU MUST INCLUDE A SELF-ADDRESSED STAMPED ENVELOPE WITH YOUR PAYMENT.

---

Detach and mail this portion with your payment. Your cancelled check will serve as your receipt.
**Knox County Trustee**
P.O. Box 70 Knoxville, TN 37901

Tax ID #: 050-16502
Address:  3320 HARRIS RD

Total Due: $148.00
This amount good through    02/28/2014

# 2013

**PAY BY MAIL**
Knox County Trustee
P.O. Box 70  Knoxville, TN 37901

**PAY ONLINE**
www.knoxcounty.org/trustee

**PAY IN PERSON**
City-County Building - 865-215-2305
Cedar Bluff - 865-215-8555
Chapman Plaza - 865-577-3680
Farragut Town Hall - 865-966-6611
Halls Center - 865-922-5149
Isaiah's Landing - 865-258-3516

050-165025           0000000148007

# Online Services

 **ONLINE PAYMENT**
www.knoxcounty.org/trustee
- Pay by credit card - 2.35% Convenience Fee
- Pay by E-Check - $1.49 to $5.95 Convenience Fee

 **ONLINE LOOKUP**
www.knoxcounty.org/trustee

A CONVENIENCE FEE WILL BE ASSESSED FOR EACH PAYMENT TRANSACTION. THE KNOX COUNTY TRUSTEE DOES NOT RECEIVE ANY PORTION OF THIS FEE.

**How To Access Information About Your County Taxes** - *Go online or call us. It's your choice.*

 Go online and click on "TAX SEARCH."
www.knoxcounty.org/trustee

 Call 865-215-2305 to speak to a Customer Service Representative Monday through Friday from 8am to 4:30pm.

**TAX RELIEF**
(865) 215-8554
taxrelief@knoxcounty.org

**BANK DRAFT**
(865) 215-2369
bankdraft@knoxcounty.org

**MORTGAGE / ESCROW**
865-215-4205
mortgageescrow@knoxcounty.org

**TAX FREEZE**
(865) 215-8554
taxfreeze@knoxcounty.org

**REAPPRAISAL QUESTIONS**
(865) 215-2360
county.assessor@knoxcounty.org

**OVERNIGHT MAIL**
Knox County Trustee
400 Main St., Room 418
Knoxville, TN 37902

**TAX SALE**
(865) 215-2276
taxsale@knoxcounty.org

**CHANGE MAILING ADDRESS**
(865) 215-2360
county.assessor@knoxcounty.org

**REGULAR MAIL**
Knox County Trustee
P.O. Box 70
Knoxville, TN 37901

**TRUSTEE TELEPHONE**
(865) 215-2305

 **VISIT ONE OF OUR CONVENIENT LOCATIONS:**

**Knox County Trustee**
**Isaiah's Landing**
3010 South Mall Road
Telephone: 865-258-3516

**Knox County Trustee**
**Farragut Town Hall**
11408 Municipal Center Drive
Telephone: 865-966-6611

**Knox County Trustee**
**Chapman Plaza**
7339 Chapman Highway
Telephone: 865-577-3680

**Knox County Trustee**
**City-County Building**
400 Main Street, Suite 418
Telephone: 865-215-2305

**Knox County Trustee**
**Halls Center**
7028 Maynardville Highway
Telephone: 865-922-5149

**Knox County Trustee**
**Cedar Bluff**
1028 Old Cedar Bluff Rd.
Telephone: 865-215-8555

HOMELAND APPRAISALS, LLC
KNOXVILLE

BARTON & DARNELL
File No. HL103333

## APPRAISAL OF

LAND REPORT

### LOCATED AT:

3320 HARRIS ROAD
KNOXVILLE, TN 37924

### FOR:

BARTON & DARNELL FAMILY LIVING TRUST
24551 MANISTEE STREET
OAK PARK, MI 48237

### BORROWER:

BARTON & DARNELL

### AS OF:

August 23, 2010

By: Ryan Garnett

COMPLETE SUMMARY APPRAISAL REPORT

# LAND APPRAISAL REPORT

BARTON & DARNELL
File No. HL103333

## SUBJECT

Borrower BARTON & DARNELL  Census Tract 52.01  Map Reference 050 16502
Property Address 3320 HARRIS ROAD
City KNOXVILLE  County KNOX  State TN  Zip Code 37924
Legal Description LOT 3, OLD NETHERLAND PROP; DEED BOOK 2250, PAGE 876;
Sale Price N/A  Date of Sale N/A  Loan Term N/A yrs.  Property Rights Appraised [X] Fee [ ] Leasehold [ ] De Minimus PUD
Actual Real Estate Taxes 150.45  (yr.)  Loan charges to be paid by seller N/A  Other sale concessions N/A
Lender/Client BARTON & DARNELL FAMILY LIVING TRUST  Address 24551 MANISTEE STREET, OAK PARK, MI 48237
Occupant VACANT/BARTON  Appraiser RYAN GARRETT  Instructions to Appraiser ESTIMATE MARKET VALUE

| | Urban | Suburban | Rural | | Good | Avg | Fair | Poor |
|---|---|---|---|---|---|---|---|---|
| Location | | [X] | | | | | | |
| Built Up | Over 75% | [X] 25% to 75% | Under 25% | Employment Stability | | [X] | | |
| Growth Rate [ ] Fully Dev | Rapid | [X] Steady | Slow | Convenience to Employment | | [X] | | |
| Property Values | Increasing | [X] Stable | Declining | Convenience to Shopping | | [X] | | |
| Demand/Supply | Shortage | [X] In Balance | Over Supply | Convenience to Schools | | [X] | | |
| Marketing Time | Under 3 Mos. | [X] 4-6 Mos | Over 6 Mos | Adequacy of Public Transportation | N | O | N | E |

Present Land Use 60 % 1 Family  0 % 2-4 Family  % Apts  % Condo  0 %Commercial
0 % Industrial  40 % Vacant  %

Recreational Facilities [X] Avg
Adequacy of Utilities [X] Avg
Change in Present Land Use [ ] Not Likely [ ] Likely [X] Taking Place(*)
Property Compatibility [X] Avg
(*)From _____ To NEW SINGLE FAMILY
Protection from Detrimental Conditions [X] Avg
Predominant Occupancy [X] Owner [ ] Tenant  5 % Vacant
Police and Fire Protection [X] Avg
Single Family Price Range  10 to 800  Predominant Value 100
General Appearance of Properties [X] Avg
Single Family Age NEW yrs. to yrs  100  Predominant Age 15 yrs
Appeal to Market [X] Avg

Comments including those factors, favorable or unfavorable, affecting marketability (e.g. public parks, schools, view, noise) THE SUBJECT NEIGHBORHOOD IS BOUNDED TO THE NORTH BY E EMORY ROAD, TO THE SOUTH BY RUTLEDGE PIKE, THE THE EAST BY RUTLEDGE PIKE, AND TO THE WEST BY TAZEWELL PIKE.

Dimensions SURVEY NEEDED FOR DIMENSIONS  = 2.00 ACRES  PER TAX CARD  [ ] Corner Lot
Zoning Classification AGRICULTURAL, SINGLE FAMILY RESIDENTIAL IS LEGALLY PERMISSIBLE  Present Improvements [X] Do [ ] Do Not Conform to Zoning Regulations
Highest and Best Use [X] Present Use [ ] Other (specify)

| | Public | Other (Describe) | OFF-SITE IMPROVEMENTS | Topo | MEDIUM TO HEAVY SLOPE |
|---|---|---|---|---|---|
| Elec. | [X] | | Str.Address [X] Public [ ] Private | Size | LARGER THAN TYPICAL |
| Gas | [ ] | NONE | Surface PAVED | Shape | IRREGULAR |
| Water | [X] | WELL & PUBLIC TAP | Maintenance [X] Public [ ] Private | View | AVERAGE, HEAVY BRUSH & TREES |
| San. Sewer | [ ] | SEPTIC | [ ] Storm Sewer [ ] Curb/Gutter | Drainage | VISUALLY ADEQUATE |
| | | Underground Elec & Tel | [ ] Sidewalk [ ] Street Lights | Property located in a HUD identified Special Flood Hazard Area? [ ] Yes [X] No |

Comments (favorable or unfavorable including any apparent adverse easements, encroachments or other adverse conditions) NO ADVERSE EASEMENTS OR ENCROACHMENTS WERE NOTED ON THE VISUAL INSPECTION. TYPICAL BUILDING SETBACK LINES & UTILITY EASEMENTS ARE ASSUMED. APPRAISAL IS MADE ON ASSUMPTION THE LOT DOES NOT CONTAIN ANY OBSTRUCTIONS OR NEGATIVE PROBLEMS THAT WOULD DEEM IT UNMARKETABLE. WELLS AND SEPTIC SYSTEMS ARE TYPICAL IN THIS AREA. PUBLIC WATER IS AVAILABLE AT THE STREET.

The undersigned has recited three recent sales of properties most similar and proximate to the subject and has to be considered these in the market analysis  The description includes a dollar adjustment, reflecting market reaction to those items of significant variation between the subject and comparable properties  If a significant item in the comparable property is superior to, or more favorable than subject property, a minus (-) adjustment is made, thus reducing the indicated value of the subject, if a significant item in the comparable is inferior to or less favorable than the subject property, a plus (+) adjustment is made, thus increasing the indicated value of the subject

| ITEM | SUBJECT | COMPARABLE NO. 1 | | COMPARABLE NO. 2 | | COMPARABLE NO. 3 | |
|---|---|---|---|---|---|---|---|
| Address | 3320 HARRIS ROAD KNOXVILLE, TN 37924 | 3500 HARRIS ROAD KNOXVILLE, TN 37924 | | 3931 BUD MCMILLIAN ROAD KNOXVILLE, TN 37924 | | 7904 LUCKY LANE CORRYTON, TN 37721 | |
| Proximity to subject | | 0.97 MILE | | 1.63 MILE | | 3.91 MILE | |
| Sales Price | $ N/A | | $ 58,000 | | $ 24,200 | | $ 180,000 |
| Price $/Sq. Ft. .20 | 0 | 58000 | | 24200 | | 180000 | |
| Data Source | INSPECT/C.HSE | COURTHOUSE | | COURTHOUSE | | MLS#591866/COURTHOUSE | |
| Date of Sale and Time Adjustment | DESCRIPTION NONE | DESCRIPTION 04/27/10 | +(-) Adjust. | DESCRIPTION 11/10/09 | +(-) Adjust. | DESCRIPTION 10/06/09 | +(-) Adjust |
| Location | EAST KNOX CO. | EAST KNOX CO | | EAST KNOX CO | | EAST KNOX CO | |
| Site/View | 2.00 ACRES/AVG | 2.14 ACRES/AVG | | 2.28AC/AVG | | 13.90AC/FARM | -140,000 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| Sales or Financing Concessions | | UNKNOWN NONE KNOWN | | UNKNOWN NONE KNOWN | | UNKNOWN NONE KNOWN | |
| Net Adj. (Total) | | [X] +   [ ] - | $ 0 | [X] +   [ ] - | $ 0 | [ ] +   [X] - | $ 140,000 |
| Indicated Value of Subject | | Gross: 0.0 Net: 0.0 | $ 58,000 | Gross: 0.0 Net: 0.0 | $ 24,200 | Gross: 77.8 Net: -77.8 | $ 40,000 |

Comments on Market Data THESE COMPS UTILIZED ARE THE MOST REASONABLE AVAILABLE FROM WITHIN THE SUBJECT'S MARKET AREA AND ARE BELIEVED TO BE THE MOST RELIABLE INDICATORS OF VALUE. COMP 1 SOLD @ $27,102/ACRE, COMP 2 @ $10,614/ACRE, COMP 3 @ $13,333 FOR AN AVG OF $17,016/ACRE WHICH WOULD INDICATE A VALUE FOR SUBJECT AT $34,000(R) ACTIVE LISTINGS (NEXT PAGE) INDICATE $24,000(R) THEREFORE, FINAL VALUE IS ESTIMATED AT $29,000, IN THE MIDDLE OF THESE TWO VALUE RANGES

Comments and Conditions of Appraisal VISUAL INSPECTION FROM STREET WAS MADE. FINAL APPRAISED VALUE IS MADE UNDER THE ASSUMPTION THERE ARE NO NEGATIVE OR EXTERNAL INFLUENCES THAT WOULD DEEM PROPERTY UNMARKETABLE

Final Reconciliation MOST EMPHASIS WAS PLACED ON THE SALES COMPARISON APPROACH TO VALUE. THE COST AND INCOME APPROACH ARE INAPPLICABLE IN LAND APPRAISALS. SEE 1ST PAGE OF THE LIMITING CONDITIONS FOR DEFINITION OF MARKET VALUE.

I ESTIMATE THE MARKET VALUE, AS DEFINED, OF THE SUBJECT PROPERTY AS OF _____ August 23, 2010 to be _____ $29,000

Appraiser Signature _____
Appraiser Name RYAN GARRETT
Date Report Signed 08/25/2010
State Certification # CR-2583    State TN
State License #    State

Supervisor Signature (if applicable) _____
Supervisor Name
[ ] Did   [ ] Did Not Physically Inspect Property
Date Report Signed
State Certification #    State
State License #    State

Produced using ACI software, 800 234 8727 www.aciweb.com
Homeland Appraisals
LAND2 09182009



COMPLETE SUMMARY APPRAISAL REPORT

# LAND APPRAISAL REPORT

BARTON & DARNELL
File No. HL103333

The undersigned has recited three recent sales of properties most similar and proximate to the subject and has to be considered these in the market analysis. The description includes a dollar adjustment, reflecting market reaction to those items of significant variation between the subject and comparable properties. If a significant item in the comparable property is superior to, or more favorable than subject property, a minus (-) adjustment is made, thus reducing the indicated value of the subject, if a significant in the comparable is inferior to or less favorable than the subject property, a plus (+) adjustment is made, thus increasing the indicated value of the subject.

| ITEM | SUBJECT | COMPARABLE NO. 4 | | COMPARABLE NO. 5 | | COMPARABLE NO. 6 | |
|---|---|---|---|---|---|---|---|
| Address | 3320 HARRIS ROAD KNOXVILLE, TN 37924 | 6134 BABELAY ROAD KNOXVILLE, TN 37924 | | 3305 HARRIS ROAD KNOXVILLE, TN 37924 | | 5400 CHESTNUT HILL LANE KNOXVILLE, TN 37924 | |
| Proximity to subject | | 0.50 MILE | | 0.20 MILE | | 2.06 MILE | |
| Sales Price | $ N/A | $ *79900* | | $ *74900* | | $ 80,000 | |
| Price $/Sq. Ft. .20 | 0 | 79900 | | 74900 | | 80000 | |
| Data Source | INSPECT/C.HSE | MLS#684570/COURTHOUSE | | MLS#695440/COURTHOUSE | | MLS 703677/COURTHOUSE | |
| Date of Sale and Time Adjustment | DESCRIPTION NONE | DESCRIPTION ACTIVE LISTING | +(-) Adjust. -8,000 | DESCRIPTION ACTIVE LISTING | +(-) Adjust. -7,500 | DESCRIPTION ACTIVE LISTING | +(-) Adjust -8,000 |
| Location | EAST KNOX CO. | EAST KNOX CO | | EAST KNOX CO. | | EAST KNOX CO | |
| Site/View | 2.00 ACRES/AVG | 4 ACRES/AVG | -35,000 | 13 AC/AVG | -60,000 | 7.38 AC/AVG | -54,000 |
| | | | | | | | |
| | | | | | | | |
| Sales or Financing Concessions | | | | UNKNOWN NONE KNOWN | | UNKNOWN NONE KNOWN | |
| Net Adj. (Total) | | [ ]+ [X]- | $ 43,000 | [ ]+ [X]- | $ 67,500 | [ ]+ [X]- | $ 62,000 |
| Indicated Value of Subject | | Gross: 53.8 Net: -53.8 | $ 36,900 | Gross: 90.1 Net: -90.1 | $ 7,400 | Gross: 77.5 Net: -77.5 | $ 18,000 |

Comments on Market Data   COMP 4, 5 & 6 ARE ACTIVE LISTINGS AND ARE USED FOR SUPPORT OF FINAL OPINION OF VALUE.. THEY ALL HAVE A 10% LIST PRICE ADJUSTMENT MADE DUE TO THE TYPICAL NEGOTIATIONS BETWEEN BUYER AND SELLER. COMP 4 IS LISTED @ $19,975/ACRE, COMP 5 @ $5,761/ACRE, COMP 6 @ $10,840/ACRE. BASED ON THE ACTIVE LISTINGS, THE AVERAGE PRICE PER ACRE VALUE IS $12,192/ACRE, WHICH WOULD INDICATE A VALUE FOR THE SUBJECT PROPERTY AT APPROXIMATELY $24,384.

BARTON & DARNELL
File No. HL103333

**DEFINITION OF MARKET VALUE:** The most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller, each acting prudently, knowledgeably and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby: (1) buyer and seller are typically motivated; (2) both parties are well informed or well advised, and each acting in what he considers his own best interest; (3) a reasonable time is allowed for exposure in the open market; (4) payment is made in terms of cash in U.S. dollars or in terms of financial arrangements comparable thereto; and (5) the price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions* granted by anyone associated with the sale.

*Adjustments to the comparables must be made for special or creative financing or sales concessions. No adjustments are necessary for those costs which are normally paid by sellers as a result of tradition or law in a market area; these costs are readily identifiable since the seller pays these costs in virtually all sales transactions. Special or creative financing adjustments can be made to the comparable property by comparisons to financing terms offered by a third party institutional lender that is not already involved in the property or transaction. Any adjustment should not be calculated on a mechanical dollar for dollar cost of the financing or concession but the dollar amount of any adjustment should approximate the market's reaction to the financing or concessions based on the Appraiser's judgment.

## STATEMENT OF LIMITING CONDITIONS AND APPRAISER'S CERTIFICATION

**CONTINGENT AND LIMITING CONDITIONS:** The appraiser's certification that appears in the appraisal report is subject to the following conditions:

1. The appraiser will not be responsible for matters of a legal nature that affect either the property being appraised or the title to it. The appraiser assumes that the title is good and marketable and, therefore, will not render any opinions about the title. The property is appraised on the basis of it being under responsible ownership.

2. The appraiser has provided a sketch in the appraisal report to show approximate dimensions of the improvements and the sketch is included only to assist the reader of the report in visualizing the property and understanding the appraiser's determination of its size

3. The appraiser has examined the available flood maps that are provided by the Federal Emergency Management Agency (or other data sources) and has noted in the appraisal report whether the subject site is located in an identified Special Flood Hazard Area. Because the appraiser is not a surveyor, he or she makes no guarantees, express or implied, regarding this determination.

4. The appraiser will not give testimony or appear in court because he or she made an appraisal of the property in question, unless specific arrangements to do so have been made beforehand.

5. The appraiser has estimated the value of the land in the cost approach at its highest and best use and the improvements at their contributory value. These separate valuations of the land and improvements must not be used in conjunction with any other appraisal and are invalid if they are so used.

6. The appraiser has noted in the appraisal report any adverse conditions (such as, needed repairs, depreciation, the presence of hazardous wastes, toxic substances, etc.) observed during the inspection of the subject property or that he or she became aware of during the normal research involved in performing the appraisal. Unless otherwise stated in the appraisal report, the appraiser has no knowledge of any hidden or unapparent conditions of the property or adverse environmental conditions (including the presence of hazardous wastes, toxic substances, etc.) that would make the property more or less valuable, and has assumed that there are no such conditions and makes no guarantees or warranties, express or implied, regarding the condition of the property. The appraiser will not be responsible for any such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist. Because the appraiser is not an expert in the field of environmental hazards, the appraisal report must not be considered as an environmental assessment of the property.

7. The appraiser obtained the information, estimates, and opinions that were expressed in the appraisal report from sources that he or she considers to be reliable and believes them to be true and correct. The appraiser does not assume responsibility for the accuracy of such items that were furnished by other parties.

8. The appraiser will not disclose the contents of the appraisal report except as provided for in the Uniform Standards of Professional Appraisal Practice.

9. The appraiser has based his or her appraisal report and valuation conclusion for an appraisal that is subject to satisfactory completion, repairs, or alterations on the assumption that completion of the improvements will be performed in a workmanlike manner.

10. The appraiser must provide his or her prior written consent before the lender/client specified in the appraisal report can distribute the appraisal report (including conclusions about the property value, the appraiser's identity and professional designations, and references to any professional appraisal organizations or the firm with which the appraiser is associated) to anyone other than the borrower; the mortgagee or its successors and assigns; the mortgage insurer; consultants; professional appraisal organizations; any state or federally approved financial institution; or any department, agency, or instrumentality of the United States or any state or the District of Columbia; except that the lender/client may distribute the property description section of the report only to data collection or reporting service(s) without having to obtain the appraiser's prior written consent. The appraiser's written consent and approval must also be obtained before the appraisal can be conveyed by anyone to the public through advertising, public relations, news, sales, or other media.

BARTON & DARNEL:
File No. HL103333

**APPRAISERS CERTIFICATION:**   The Appraiser certifies and agrees that:

1. I have researched the subject market area and have selected a minimum of three recent sales of properties most similar and proximate to the subject property for consideration in the sales comparison analysis and have made a dollar adjustment when appropriate to reflect the market reaction to those items of significant variation. If a significant item in a comparable property is superior to , or more favorable than, the subject property, I have made a negative adjustment to reduce the adjusted sales price of the comparable and, if a significant item in a comparable property is inferior to, or less favorable than the subject property, I have made a positive adjustment to increase the adjusted sales price of the comparable.

2. I have taken into consideration the factors that have an impact on value in my development of the estimate of market value in the appraisal report. I have not knowingly withheld any significant information from the appraisal report and I believe, to the best of my knowledge, that all statements and information in the appraisal report are true and correct.

3. I stated in the appraisal report only my own personal, unbiased, and professional analysis, opinions, and conclusions, which are subject only to the contingent and Limiting Conditions specified in this form.

4. I have no present or prospective interest in the property that is the subject to this report, and I have no present or prospective personal interest or bias with respect to the participants in the transaction. I did not base, either partially or completely, my analysis and/or the estimate of market value in the appraisal report on the race, color, religion, sex, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property or of the present owners or occupants of the properties in the vicinity of the subject property.

5. I have no present or contemplated future interest in the subject property, and neither my current or future employment nor my compensation for performing this appraisal is contingent on the appraised value of the property.

6. I was not required to report a predetermined value or direction in value that favors the cause of the client or any related party, the amount of the value estimate, the attainment of a specific result, or the occurrence of a subsequent event in order to receive my compensation and/or employment for performing the appraisal. I did not base the appraisal report on a requested minimum valuation, a specific valuation, or the need to approve a specific mortgage loan.

7. I performed this appraisal in conformity with the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place as of the effective date of this appraisal, with the exception of the departure provision of those Standards, which does not apply. I acknowledge that an estimate of a reasonable time for exposure in the open market is a condition in the definition of market value and the estimate I developed is consistent with the marketing time noted in the neighborhood section of this report, unless I have otherwise stated in the reconciliation section.

8. I have personally inspected the subject property and the exterior of all properties listed as comparables in the appraisal report. I further certify that I have noted any apparent or known adverse conditions in the subject improvements, on the subject site, or on any site within the immediate vicinity of the subject property of which I am aware and have made adjustments for these adverse conditions in my analysis of the property value to the extent that I had market evidence to support them. I have also commented about the effect of the adverse conditions on the marketability of the subject property.

9. I personally prepared all conclusions and opinions about the real estate that were set forth in the appraisal report. If I relied on significant professional assistance from any individual or individuals in the performance of the appraisal or the preparation of the appraisal report, I have named such individual(s) and disclosed the specific tasks performed by them in the reconciliation section of this appraisal report. I certify that any individual so named is qualified to perform the tasks. I have not authorized anyone to make a change to any item in the report; therefore, if an unauthorized change is made to the appraisal report, I will take no responsibility for it.

**SUPERVISORY APPRAISER'S CERTIFICATION:** If a supervisory appraiser signed the appraisal report, he or she certifies and agrees that: I directly supervise the appraiser who prepared the appraisal report, have reviewed the appraisal report, agree with the statements and conclusions of the appraiser, agree to be bound by the appraiser's certifications numbered 4 through 7 above, and am taking full responsibility for the appraisal and the appraisal report.

**ADDRESS OF PROPERTY APPRAISED:** 3320 HARRIS ROAD, KNOXVILLE, TN, 37924

**APPRAISER:**
Signature:
Name: RYAN GARRETT
Date Signed: 08/25/2010
State Certification #: CR-2583
or State License #:
State: TN
Expiration Date of Certification or License: 06/30/2012

**SUPERVISORY APPRAISER (only if required)**
Signature:
Name:
Date Signed:
State Certification #:
or State License #:
State:
Expiration Date of Certification or License:

☐ Did   ☐ Did Not Inspect Property

Vacant Land                                     Page 2 of 2

## SUBJECT PROPERTY PHOTO ADDENDUM

| | |
|---|---|
| Borrower: BARTON & DARNELL | File No.: HL103333 |
| Property Address: 3320 HARRIS ROAD | Case No.: BARTON & DARNELL |
| City: KNOXVILLE   State: TN | Zip: 37924 |
| Lender: BARTON & DARNELL FAMILY LIVING TRUST | |



**FRONT VIEW OF SUBJECT PROPERTY**

Appraised Date: August 23, 2010



**REAR VIEW OF SUBJECT PROPERTY**



STREET SCENE

**PLAT MAP**

| Borrower: BARTON & DARNELL | | File No.: HL103333 |
|---|---|---|
| Property Address: 3320 HARRIS ROAD | | Case No.: BARTON & DARNELL |
| City: KNOXVILLE | State: TN | Zip: 37924 |
| Lender: BARTON & DARNELL FAMILY LIVING TRUST | | |



| Borrower: BARTON & DARNELL | | File No.: HL103333 |
| --- | --- | --- |
| Property Address: 3320 HARRIS ROAD | | Case No.: BARTON & DARNELL |
| City: KNOXVILLE | State: TN | Zip: 37924 |
| Lender: BARTON & DARNELL FAMILY LIVING TRUST | | |



**Topographical Maps**

Topographical Maps for Harris Rd, TN



COPYRIGHT 2010 COURTHOUSE RETRIEVAL SYSTEM. ALL RIGHTS RESERVED.
Information Deemed Reliable But Not Guaranteed.
Contact Us at (800) 374-7488 ext 3 for Help.

**LOCATION MAP**

| | |
|---|---|
| Borrower: BARTON & DARNELL | File No.: HL103333 |
| Property Address: 3320 HARRIS ROAD | Case No.: BARTON & DARNELL |
| City: KNOXVILLE  State: TN | Zip: 37924 |
| Lender: BARTON & DARNELL FAMILY LIVING TRUST | |



HOMELAND APPRAISALS LLC, P.O. BOX 30266, KNOXVILLE, TN 37930-0266

| | |
|---|---|
| Borrower BARTON & DARNELL | File No. HL103333 |
| Property Address 3320 HARRIS ROAD | |
| City KNOXVILLE    County KNOX    State TN | Zip Code 37924 |
| Lender BARTON & DARNELL FAMILY LIVING TRUST | |

## APPRAISAL AND REPORT IDENTIFICATION

**This Appraisal Report is one of the following types:**

☐ Self Contained  (A written report prepared under Standards Rule 2-2(a), pursuant to the Scope of Work, as disclosed elsewhere in this report.)

☒ Summary  (A written report prepared under Standards Rule 2-2(b), pursuant to the Scope of Work, as disclosed elsewhere in this report.)

☐ Restricted Use  (A written report prepared under Standards Rule 2-2(c), pursuant to the Scope of Work, as disclosed elsewhere in this report, restricted to the stated intended use by the specified client or intended user.)

### Comments on Standards Rule 2-3

I certify that, to the best of my knowledge and belief:

- The statements of fact contained in this report are true and correct.
- The credibility of this report, for the stated use by the stated user(s), of the reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions, and are my personal, impartial, and unbiased professional analyses, opinions, and conclusions.
- I have no present or prospective interest in the property that is the subject of this report and no personal interest with respect to the parties involved.
- I have no bias with respect to the property that is the subject of this report or the parties involved with this assignment.
- My engagement in this assignment was not contingent upon developing or reporting predetermined results.
- My compensation for completing this assignment is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal.
- My analyses, opinions and conclusions were developed and this report has been prepared, in conformity with the Uniform Standards of Professional Appraisal Practice that were in effect at the time this report was prepared.
- I did not base, either partially or completely, my analysis and/or the opinion of value in the appraisal report on the race, color, religion, sex, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property, or of the present owners or occupants of the properties in the vicinity of the subject property.
- Unless otherwise indicated, I have made a personal inspection of the property that is the subject of this report.
- Unless otherwise indicated, no one provided significant real property appraisal assistance to the person(s) signing this certification (if there are exceptions, the name of each individual providing significant real property appraisal assistance is stated elsewhere in this report).
- Unless otherwise indicated, I have performed no services regarding the subject property within the prior three years, as an appraiser or in any other capacity.

### Comments on Appraisal and Report Identification

Note any USPAP related issues requiring disclosure and any State mandated requirements:

CLARIFICATION OF INTENDED USE AND INTENDED USER:

THE INTENDED USER OF THIS APPRAISAL REPORT IS THE CLIENT LISTED IN THE REPORT. THE INTENDED USE IS TO EVALUATE THE PROPERTY THAT IS THE SUBJECT OF THIS APPRAISAL FOR A PERSONAL VALUATION, SUBJECT TO THE STATED SCOPE OF WORK, PURPOSE OF THE APPRAISAL, REPORTING REQUIREMENTS OF THIS APPRAISAL REPORT FORM, AND DEFINITION OF MARKET VALUE. NO ADDITIONAL INTENDED USERS ARE IDENTIFIED BY THE APPRAISER.

APPRAISER:

Signature: *[signature]*
Name: RYAN GARRETT
Date Signed: 08/25/2010
State Certification #: CR-2583
or State License #:
State: TN
Expiration Date of Certification or License: 06/30/2012
Effective Date of Appraisal: August 23, 2010

SUPERVISORY APPRAISER (only if required):

Signature:
Name:
Date Signed:
State Certification #:
or State License #:
State:
Expiration Date of Certification or License:
Supervisory Appraiser inspection of Subject Property:
☐ Did Not  ☐ Exterior-only from street  ☐ Interior and Exterior

Produced using ACI software, 800 234 8727 www.aciweb.com

USPAP_10 052410