# EXHIBIT A
*(Receivership Accounting)*

Melanie E. Damian, Esq., as Receiver
DAMIAN & VALORI, LLP
1000 Brickell Avenue, Suite 1020
Miami, Florida 33131
STANDARDIZED FUND ACCOUNTING REPORT
CIVIL – Receivership FUND FOR SEC v. WE THE PEOPLE INC. OF UNITED STATES Case No. 2:13-cv-14050-JEM
Reporting Period 11/1/2014 -3/31/2016

|  |  |  | Subtotal | Grand Total |  |
|---|---|---|---|---|---|
| Line 1 | Beginning Balance (As of 10/31/2014): | 1,702,475.07 | 1,702,475.07 | $ | 1,702,475.07 |
|  |  |  |  |  |  |
| Line 2 | Business Income |  | - | $ | - |
| Line 3 | Cash and Securities[1] |  | - | $ | - |
| Line 4 | Interest/Dividend Income | 272.85 | 272.85 | $ | 272.85 |
| Line 5 | Business Asset Liquidation | 0.00 | - | $ | - |
| Line 6 | Personal Asset Liquidation | 0.00 | - | $ | - |
| Line 7 | Third-Party Litigation Income | 0.00 | - | $ | - |
| Line 8a | Miscellaneous - Claims Against Marketing Advisors | 450,128.29 | 450,128.29 | $ | 450,128.29 |
| Line 8b | Miscellaneous - From Annuity Companies | 450,782.50 | 450,782.50 | $ | 450,782.50 |
|  | **Total Funds Available (Lines 1-8):** | **2,603,658.71** | **2,603,658.71** |  | **2,603,658.71** |
|  | **Decreases in Fund Balance:** |  |  |  |  |
| Line 9 | Disbursements to Investors | 0.00 | - | $ | - |
| Line 10 | Disbursements for Buisness Operations [2] | 23,368.95 | 23,368.95 | $ | 23,368.95 |
| Line 10a | Disbursements to Receiver or Other Professionals | 227,977.08 | 227,977.08 | $ | 227,977.08 |
| Line 10b | Business Asset Expenses |  | - |  |  |
| Line 10c | Personal Asset Expenses: | 0.00 | - | $ | - |
| Line 10d | Investment Expenses | 0.00 | - | $ | - |
| Line 10e | Third-Party Litigation | 0.00 | - | $ | - |
| Line 10f | Tax Administrator Fees and Bonds | 0.00 | - | $ | - |
| Line 10g | Federal and State Tax Payments | 0.00 | - | $ | - |
| Line 10h | Payments to Annuitants | 72,150.44 | 72,150.44 | $ | 72,150.44 |
|  | **Total Disbursements for Receivership Operations** | 323,496.47 | 323,496.47 |  | 323,496.47 |
| Line 11 | Disbursements for Distribution Expenses Paid by the Fund: | 0.00 | - | $ | - |
| Line 11a | Transfer to Comerica | 1,325,694.84 | 1,325,694.84 |  | 1,325,694.84 |
| Line 11b | Distribution Plan Implementation Expenses: | 0.00 | - | $ | - |
| Line 12 | Disbursements to Court/Other | 0.00 | - | $ | - |

| | | | | |
|---|---|---:|---:|---:|
| Line 12a | Investment Expenses/Court Registry Investment System (CRIS) Fees | 0.00 | $ - | $ - |
| Line 12b | Federal Tax Payments | 0.00 | $ - | $ - |
| | **Total Disbursements to Court/Other** | | | |
| | **Total Funds Disbursed (Lines 9-11)** | 1,649,191.31 | 1,649,191.31 | 1,649,191.31 |
| Line 13 | **Ending Balance (As of March 31, 2016)** | **954,467.40** | **954,467.40** | **954,467.40** |
| Line 14 | **Ending Balance of Fund – Net Assets:** | | | |
| Line 14a | Cash & Cash Equivalents | 953,792.04 | 953,792.04 | 953,792.04 |
| | Claims Against Marketing Adviosrs Account | 675.36 | 675.36 | 675.36 |
| Line 14b | Investments | 0.00 | 0.00 | **0.00** |
| Line 14c | Other Assets or Uncleared Funds | 0.00 | 0.00 | **0.00** |
| | **Total Ending Balance of Fund – Net Assets** | **954,467.40** | **954,467.40** | **954,467.40** |
| Lines 15-19 | Other Supplemental Information: | N/A | | |

[1] Funds were from and were deposited in the bank accounts, attached as Exhibit 1.

[2] Funds were disbursed to maintain its business and its assets, attached as Exhibit 2.

Respectfully submitted,
Damian & Valori LLP
1000 Brickell Avenue, Suite 1020
Miami, Florida 33131
Telephone:  305-371-3960
Facsimile:  305-371-3965

/s/ Melanie E. Damian
Melanie E. Damian, P.A.,
*Court-Appointed Receiver*

**WE THE PEOPLE, INC. OF THE UNITED STATES**
**DISBURSEMENTS FOR BUSINESS**
**NOVEMBER 1, 2014 - MARCH 31, 2016**

| | | |
|---|---:|---:|
| **Bank Fees** | $ | 30.00 |
| **Software Fees** | | 745.00 |
| **Contractural Services** | | 16,780.00 |
| **Data Processing & Telephones** | | 203.98 |
| **Office Expense** | | 137.00 |
| **Postage** | | 1,722.97 |
| **Accounting Services** | | 3,750.00 |
| | $ | 23,368.95 |
| | d | |

**WE THE PEOPLE, INC. OF THE UNITED STATES**
**DEPOSIT DETAIL**
**NOVEMBER 1, 2014 - MARCH 31, 2016**

| DATE | AMOUNT |
|---|---:|
| **12/4/14** | $ 27,312.52 |
| **1/27/15** | 10,533.94 |
| 1/27/15 | 26,774.80 |
| 3/10/15 | 8,239.89 |
| 3/10/15 | 21,734.64 |
| 3/10/15 | 22,144.77 |
| 3/10/15 | 22,701.32 |
| 4/23/15 | 13,680.01 |
| 5/21/15 | 19,550.01 |
| 5/27/15 | 8,612.05 |
| 7/21/15 | 30,882.49 |
| 7/21/15 | 24,367.77 |
| 8/10/15 | 33,773.89 |
| 9/8/15 | 100,314.79 |
| 9/16/15 | 80,159.61 |
| | $ 450,782.50 |

## SEC v. We the People Inc. of Unites States Account
**Main Receivership Account (Page 1 of 4)**

| Date | Receipts | Expenses | Explanation |
|---|---|---|---|
| 6/4/2013 | $ 3,770.95 | | Equitrust Life Insurance Company |
| 6/4/2013 | $ 2,434.30 | | Equitrust Life Insurance Company |
| 6/4/2013 | $ 7,817.53 | | Equitrust Life Insurance Company |
| 6/25/2013 | $ 0.22 | | interest |
| **Total** | **$ 14,023.00** | **$ -** | **$ 14,023.00** |
| | | | |
| Jul-13 | $ 14,023.00 | | |
| 6/27/2013 | $ 6,438.18 | | Equitrust Life Insurance Company |
| 7/25/2013 | $ 0.66 | | interest |
| **Total** | **$ 20,461.84** | **$ -** | **$ 20,461.84** |
| | | | |
| Aug-13 | $ 20,461.84 | | |
| 8/25/2013 | $ 0.72 | | interest |
| **Total** | **$ 20,462.56** | **$ -** | **$ 20,462.56** |
| | | | |
| Sep-13 | $ 20,462.56 | | |
| 9/30/2013 | $ 1,558.15 | | Reginel Hill |
| 9/20/2013 | $ 88,000.00 | | Wells Fargo Acct. to pay fees |
| 9/30/2013 | $ 1.53 | | interest |
| **Total** | **$ 110,022.24** | **$ -** | **$ 110,022.24** |
| | | | |
| Oct-13 | $ 110,022.24 | | |
| 10/2/2013 | | $ 42,552.70 | Damian & Valori LLP |
| 10/2/2013 | | $ 6,024.36 | Ver Ploeg & Lumpkin PA |
| 10/2/2013 | | $ 6,064.00 | Pettit Worrell Craine Wolfe |
| 10/2/2013 | | $ 12,542.25 | Global Risk Solutions |
| 10/2/2013 | | $ 19,072.62 | Damian & Valori LLP |
| 10/2/2013 | | $ 1,718.00 | Ver Ploeg & Lumpkin PA |
| 10/2/2013 | | $ 1,558.15 | Reginel Hill |
| 10/31/2013 | $ 2.51 | | interest |
| **Total** | **$ 110,024.75** | **$ 89,532.08** | **$ 20,492.67** |
| | | | |
| Nov-13 | $ 20,492.67 | | |
| 11/6/2013 | $ 1,500.00 | | Direct Deposit/Lakewood Planners/R. Hill |
| 11/7/2013 | $ 1,500.00 | | Direct Deposit/Lakewood Planners/R. Hill |
| 11/30/2013 | $ 0.71 | | interest |
| **Total** | **$ 23,493.38** | **$ -** | **$ 23,493.38** |
| | | | |
| Dec-13 | $ 23,493.38 | | |
| 12/4/2013 | $ 1,500.00 | | Direct Deposit/Lakewood Planners/R. Hill |
| 12/13/2013 | | $ 4,500.00 | Transfer R. Hill Funds |
| 12/31/2013 | $ 0.79 | | interest |
| **Total** | **$ 24,994.17** | **$ 4,500.00** | **$ 20,494.17** |

**Main Receivership Account (Page 2 of 4)**

| Date | Deposits | Withdrawals | Description | Balance |
|---|---|---|---|---|
| **Jan-14** | **$ 20,494.17** | | | |
| 1/3/2014 | $ 1,500.00 | | Direct Deposit/Lakewood Planners/R. Hill | |
| 1/27/2014 | $ 30,000.00 | | WTP Wells Fargo | |
| 1/24/2014 | | $ 42,062.24 | Damian & Valori LLP | |
| 1/24/2014 | | $ 4,338.90 | Ver Ploeg & Lumpkin PA | |
| 1/31/2014 | $ 0.85 | | interest | |
| **Total** | **$ 51,995.02** | **$ 46,401.14** | | **$ 5,593.88** |
| | | | | |
| **Feb-14** | **$ 5,593.88** | | | |
| 2/3/2014 | $ 1,500.00 | | Direct Deposit/Lakewood Planners/R. Hill | |
| 2/18/2014 | | $ 3,000.00 | Transfer R. Hill Funds | |
| 2/25/2014 | $ 2.01 | | interest | |
| **Total** | **$ 7,095.89** | **$ 3,000.00** | | **$ 4,095.89** |
| | | | | |
| **Mar-14** | **$ 4,095.89** | | | |
| 3/25/2014 | $ - | | interest | |
| **Total** | **$ 4,095.89** | **$ -** | | **$ 4,095.89** |
| | | | | |
| **Apr-14** | **$ 4,095.89** | | | |
| 4/7/2014 | $ 1,500.00 | | Direct Deposit/Lakewood Planners/R. Hill | |
| **Total** | **$ 5,595.89** | **$ -** | | **$ 5,595.89** |
| | | | | |
| **May-14** | **$ 5,595.89** | | | |
| **Total** | **$ 5,595.89** | **$ -** | | **$ 5,595.89** |
| | | | | |
| **Jun-14** | **$ 5,595.89** | | | |
| 6/13/2014 | $ 45,000.00 | | WTP Wells Fargo | |
| 6/18/2014 | | $ 21,254.15 | Damian & Valori LLP | |
| 6/18/2014 | | $ 2,341.58 | Ver Ploeg & Lumpkin PA | |
| 6/18/2014 | | $ 8,739.00 | Ver Ploeg & Lumpkin PA | |
| 5/30/2014 | | $ 32.00 | Stop payment charge | |
| 6/30/2014 | $ 0.70 | | interest | |
| **Total** | **$ 50,596.59** | **$ 32,366.73** | | **$ 18,229.86** |
| | | | | |
| **Jul-14** | **$ 18,229.86** | | | |
| 6/1/2714 | $ 1,500.00 | | Transfer R. Hill Funds | |
| 7/31/2014 | $ 0.69 | | interest | |
| **Total** | **$ 19,730.55** | **$ -** | | **$ 19,730.55** |
| | | | | |
| **Aug-14** | **$ 19,730.55** | | | |
| 7/31/2014 | $ 47,917.43 | | Transfer from clawback account | |
| 8/31/2014 | $ 4.17 | | | |
| **Total** | **$ 67,652.15** | **$ -** | | **$ 67,652.15** |
| | | | | |
| **Sep-14** | **$ 67,652.15** | | | |
| 9/30/2014 | $ 4.60 | | | |
| **Total** | **$ 67,656.75** | **$ -** | | **$ 67,656.75** |

**Main Receivership Account (Page 3 of 4)**

| Date | Balance/Credit | Debit | Description | Ending Balance |
|---|---|---|---|---|
| **Oct-14** | **$ 67,656.75** | | | |
| 10/2/2014 | | $ 29,797.80 | Damian & Valori LLP | |
| 10/2/2014 | | $ 9,026.92 | Ver Ploeg & Lumpkin PA | |
| 10/2/2014 | $ 23,132.34 | | transfer from clawback acct | |
| 10/31/2014 | $ 3.91 | | interest | |
| **Total** | **$ 90,793.00** | **$ 38,824.72** | | **$ 51,968.28** |
| **Nov-14** | **$ 51,968.28** | | | |
| 11/10/2014 | | $ 14,004.33 | Damian & Valori LLP | |
| 11/10/2014 | | $ 7,106.76 | Petitt Worrell Craine Wolfe LLC | |
| 11/30/2014 | $ 2.07 | | interest | |
| **Total** | **$ 51,970.35** | **$ 21,111.09** | | **$ 30,859.26** |
| **Dec-14** | **$ 30,859.26** | | | |
| 12/4/2014 | $ 117,973.26 | | transfer from clawback acct | |
| 12/31/2014 | $ 10.47 | | interest | |
| **Total** | **$ 148,842.99** | **$ -** | | **$ 148,842.99** |
| **Jan-15** | **$ 148,842.99** | | | |
| 1/9/2015 | $ 19,806.74 | | transfer from clawback acct | |
| 1/9/2015 | | $ 150,694.84 | Coamerica | |
| 1/25/2015 | $ 4.84 | | interest | |
| **Total** | **$ 168,654.57** | **$ 150,694.84** | | **$ 17,959.73** |
| **Feb-15** | **$ 17,959.73** | | | |
| 2/25/2015 | $ 0.59 | | interest | |
| **Total** | **$ 17,960.32** | **$ -** | | **$ 17,960.32** |
| **Mar-15** | **$ 17,960.32** | | | |
| 3/25/2015 | $ 0.55 | | interest | |
| **Total** | **$ 17,960.87** | **$ -** | | **$ 17,960.87** |
| **Apr-15** | **$ 17,960.87** | | | |
| 4/9/2015 | $ 65,773.36 | | transfer from clawback acct | |
| 4/30/2015 | $ 3.60 | | interest | |
| **Total** | **$ 83,737.83** | **$ -** | | **$ 83,737.83** |
| **May-15** | **$ 83,737.83** | | | |
| 5/31/2015 | $ 5.32 | | interest | |
| **Total** | **$ 83,743.15** | **$ -** | | **$ 83,743.15** |
| **Jun-15** | **$ 83,743.15** | | | |
| 6/12/2015 | | $ 23,357.12 | Damian & Valori LLP | |
| 6/19/2015 | | $ 6,927.04 | Petitt Worrell Craine Wolfe LLC | |
| 6/24/2015 | | $ 773.12 | Damian & Valori LLP | |
| 6/25/2015 | $ 4.99 | | interest | |
| **Total** | **$ 83,748.14** | **$ 31,057.28** | | **$ 52,690.86** |

**Main Receivership Account (Page 4 of 4)**

| Date | Amount | | Description | Balance |
|---|---|---|---|---|
| **Jul-15** | **$ 52,690.86** | | | |
| 7/13/2015 | $ 115,993.41 | | transfer from clawback acct | |
| 7/25/2015 | $ 8.55 | | interest | |
| **Total** | **$ 168,692.82** | $ - | $ | 168,692.82 |
| | | | | |
| **Aug-15** | **$ 168,692.82** | | | |
| 8/25/2015 | $ 13.40 | | interest | |
| **Total** | **$ 168,706.22** | $ - | $ | 168,706.22 |
| | | | | |
| **Sep-15** | **$ 168,706.22** | | | |
| 9/1/2015 | $ 25,000.00 | | Comerica | |
| 9/25/2015 | $ 16.42 | | interest | |
| **Total** | **$ 193,722.64** | $ - | $ | 193,722.64 |
| | | | | |
| **Oct-15** | **$ 193,722.64** | | | |
| 10/25/2015 | $ 15.39 | | interest | |
| **Total** | **$ 193,738.03** | $ - | $ | 193,738.03 |
| | | | | |
| **Nov-15** | **$ 193,738.03** | | | |
| 11/25/2015 | $ 16.46 | | interest | |
| **Total** | **$ 193,754.49** | $ - | $ | 193,754.49 |
| | | | | |
| **Dec-15** | **$ 193,754.49** | | | |
| 12/25/2015 | $ 16.99 | | interest | |
| **Total** | **$ 193,771.48** | $ - | $ | 193,771.48 |
| | | | | |
| **Jan-16** | **$ 193,771.48** | | | |
| 1/25/2016 | $ 14.82 | | interest | |
| **Total** | **$ 193,786.30** | $ - | $ | 193,786.30 |
| | | | | |
| **Feb-16** | **$ 193,786.30** | | | |
| 2/25/2016 | $ 16.42 | | interest | |
| **Total** | **$ 193,802.72** | $ - | $ | 193,802.72 |
| | | | | |
| **Mar-16** | **$ 193,802.72** | | | |
| 3/25/2016 | $ 16.41 | | interest | |
| **Total** | **$ 193,819.13** | $ - | $ | 193,819.13 |
| | | | | |
| **Apr-16** | **$ 193,819.13** | | | |
| 4/25/2016 | | | interest | |
| **Total** | **$ 193,819.13** | $ - | $ | 193,819.13 |

**SEC v. We the People Inc. of Unites States Receipts**

| Date | Check # | Amount | Explanation |
| --- | --- | --- | --- |
| 6/4/2013 | 1000028003 | $ 3,770.95 | Equitrust Life Insurance Company |
| 6/4/2013 | 1000027580 | $ 2,434.30 | Equitrust Life Insurance Company |
| 6/4/2013 | 1000027593 | $ 7,817.53 | Equitrust Life Insurance Company |
| 6/25/2013 | | $ 0.22 | interest |
| 6/27/2013 | 1000029766 | $ 6,438.18 | |
| 7/25/2013 | | $ 0.66 | interest |
| 8/25/2013 | | $ 0.72 | interest |
| 9/25/2013 | | $ 1.53 | interest |
| 10/25/2013 | | $ 2.51 | interest |
| 11/25/2013 | | $ 0.71 | interest |
| 12/25/2013 | | $ 0.79 | interest |
| 1/25/2014 | | $ 0.85 | interest |
| 2/25/2014 | | $ 2.01 | interest |
| 6/25/2014 | | $ 0.70 | interest |
| 7/25/2014 | | $ 0.69 | interest |
| 8/25/2014 | | $ 4.17 | interest |
| 9/25/2014 | | $ 4.60 | interest |
| 10/25/2014 | | $ 3.91 | interest |

Total                    $ 20,462.56

**SEC v. We the People Inc. of Unites States Account**
**Marketing Advisors Account (Page 1 of 5)**

| Date | Receipts | Expenses | Explanation |
|---|---|---|---|
| 9/19/2013 | $ 12,038.26 | | Brett Pittensberger |
| 9/19/2013 | $ 100.00 | | Ray Rabe |
| 9/19/2013 | $ 2,990.12 | | Cleary Financial Group, LLC |
| 9/19/2013 | $ 976.11 | | Steve Benfield |
| 9/19/2013 | $ 1,100.00 | | Steve Benfield |
| 9/19/2013 | $ 5,223.10 | | Nathan Zahn |
| 9/19/2013 | $ 2,846.40 | $ - | Thomas Grose |
| 9/19/2013 | $ 771.78 | | Ana Hidalgo |
| 10/2/2013 | $ 765.00 | | Ana Hidalgo |
| 10/2/2013 | $ 1,558.15 | | Reginal Hill |
| 10/9/2013 | $ 5,600.00 | | Mauricio Garcia |
| 10/9/2013 | $ 800.00 | | Thomas Grose |
| 10/30/2013 | $ 0.95 | | interest |
| **Total** | **$ 34,769.87** | **$ -** | **$ 34,769.87** |
| | | | |
| Nov-13 | $ 34,769.87 | | |
| 11/5/2013 | $ 765.00 | | Ana Hidalgo |
| 11/5/2013 | $ 800.00 | | Thomas Grose |
| 11/6/2013 | $ 1,500.00 | | Lakewood E. Planners |
| 11/7/2013 | $ 1,500.00 | | Lakewood E. Planners |
| 11/12/2013 | $ 12,000.00 | | Daniel Losito |
| 11/30/2013 | $ 1.33 | | interst |
| **Total** | **$ 51,336.20** | **$ -** | **$ 51,336.20** |
| | | | |
| Dec-13 | $ 51,336.20 | | |
| 12/5/2013 | $ 1,500.00 | | Lakewood E. Planners |
| 12/5/2013 | $ 765.00 | | Ana Hidalgo |
| 12/5/2013 | $ 3,200.00 | | Thomas Grose |
| 12/31/2013 | $ 2.85 | | interst |
| **Total** | **$ 56,804.05** | **$ -** | **$ 56,804.05** |
| | | | |
| Jan-14 | $ 56,804.05 | | |
| 1/8/2014 | $ 764.00 | | Ana Hidalgo |
| 1/31/2014 | $ 4.02 | | interst |
| **Total** | **$ 57,572.07** | **$ -** | **$ 57,572.07** |
| | | | |
| Feb-14 | $ 57,572.07 | | |
| 1/30/2014 | $ 766.00 | | Ana Hidalgo |
| 2/18/2014 | $ 3,000.00 | | Lakewood E. Planners |
| 2/25/2014 | $ 3.71 | | interst |
| **Total** | **$ 61,341.78** | **$ -** | **$ 61,341.78** |
| | | | |
| Mar-14 | $ 61,341.78 | | |
| 3/25/2014 | $ 3.77 | | interst |
| **Total** | **$ 61,345.55** | **$ -** | **$ 61,345.55** |

**Marketing Advisors Account (Page 2 of 5)**

| Date | Debit | Credit | Description | Balance |
|---|---|---|---|---|
| Apr-14 | $ 61,345.55 | | | |
| 4/9/2014 | $ 3,000.00 | | | |
| 4/9/2014 | | 20440.93 | Damian & Valori Fees | |
| 4/25/2014 | $ 2.79 | | interst | |
| Total | $ 64,348.34 | $ 20,440.93 | $ | 43,907.41 |
| | | | | |
| May-14 | $ 43,907.41 | | | |
| 5/15/2014 | $ 10,000.00 | | Stephen Crouse | |
| 5/25/2014 | $ 2.36 | | interst | |
| Total | $ 53,909.77 | $ - | $ | 53,909.77 |
| | | | | |
| Jun-14 | $ 53,909.77 | | | |
| 6/30/2014 | $ 1,500.00 | | Lakewood E. Planners | |
| 6/25/2014 | $ 3.43 | | interst | |
| Total | $ 55,413.20 | $ - | $ | 55,413.20 |
| | | | | |
| Jul-14 | $ 55,413.20 | | | |
| 7/14/2014 | | $ 5,332.80 | Damian & Valori Fees | |
| 7/15/2014 | $ 7,000.00 | | William Hackley | |
| 7/23/2014 | $ 8,000.00 | | Thomas Consulting | |
| 7/25/2014 | $ 3.78 | | interst | |
| Total | $ 70,416.98 | $ 5,332.80 | $ | 65,084.18 |
| | | | | |
| Aug-14 | $ 65,084.18 | | | |
| 7/27/2014 | | $ 662.97 | Damian & Valori Costs - Crouse | |
| 7/28/2014 | | $ 49,417.43 | Transfer to main account | |
| 7/29/2014 | $ 300.00 | | Thomas Consulting | |
| 8/7/2014 | $ 2,250.00 | | Sharon Brodie | |
| 8/13/2014 | $ 7,000.00 | | William Hawkley | |
| 8/21/2014 | $ 450.00 | | Sharon Brodie | |
| 8/25/2014 | $ 0.76 | | interst | |
| Total | $ 75,084.94 | $ 50,080.40 | $ | 25,004.54 |
| | | | | |
| Sep-14 | $ 25,004.54 | | | |
| 8/29/2014 | $ 300.00 | | Thomas Consulting | |
| 9/9/2014 | $ 500.00 | | Rick/Vance Clayton | |
| 9/12/2014 | $ 7,000.00 | | Wlliam Hackley | |
| 9/22/2014 | $ 5,666.67 | | Jon Bolling | |
| 9/30/2014 | $ 250.00 | | Sharon Brodie | |
| 9/30/2014 | $ 300.00 | | Thomas Consulting | |
| 9/30/2014 | $ 0.99 | | interst | |
| Total | $ 39,022.20 | $ - | $ | 39,022.20 |
| | | | | |
| Oct-14 | $ 39,022.20 | | | |
| 10/2/2014 | | $ 15,888.87 | Damian & Valori Fees & Costs - 3rd | |
| 10/2/2014 | | $ 23,132.34 | Transfer to main account | |
| 10/3/2014 | $ 8,000.00 | | William Bixby | |
| 10/3/2014 | $ 6,000.00 | | Jon Bolling | |
| 10/6/2014 | $ 1,667.00 | | Romina Huffman | |
| 10/8/2014 | $ 500.00 | | Rick/Vance Clayton | |
| 10/17/2014 | $ 28,333.35 | | Jon Bolling | |
| 10/22/2014 | $ 600.00 | | Glenn Robert | |
| 10/22/2014 | $ 450.00 | | Glenn Robert | |
| 10/28/2014 | $ 300.00 | | Thomas Consulting | |
| 10/25/2014 | $ 0.95 | | interst | |
| Total | $ 84,873.50 | $ 39,021.21 | $ | 45,852.29 |

**Marketing Advisors Account (Page 3 of 5)**

| Date | Amount | | Debit/Transfer | Payee/Description |
|---|---|---|---|---|
| Nov-14 | $ 45,852.29 | | | |
| 10/31/2014 | $ 150.00 | | | Glenn Robert |
| 10/31/2014 | $ 250.00 | | | Sharon Brodie |
| 11/3/2014 | $ 1,666.60 | | | Romina Huffman |
| 11/6/2014 | $ 50,000.00 | | | Paul Dumouchel |
| 11/7/2014 | $ 2,500.00 | | | Paul Bowman |
| 11/13/2014 | $ 1,000.00 | | | Time Hensley |
| 11/25/2014 | $ 80,000.00 | | | Akerman Senterfit |
| 11/26/2014 | $ 1,666.60 | | | Romina Huffman |
| 11/25/2014 | $ 6.21 | | | interst |
| **Total** | **$ 183,091.70** | **$ -** | **$ 183,091.70** | |
| | | | | |
| Dec-14 | $ 183,091.70 | | | |
| 12/3/2014 | $ 150.00 | | | Glenn Robert |
| 12/3/2014 | $ 1,000.00 | | | Sharon Brodie |
| 12/3/2014 | $ 300.00 | | | Thomas Consulting |
| 12/3/2014 | $ 500.00 | | | Rick/Vance Clayton |
| 12/4/2014 | | $ 65,118.44 | | Damian & Valori |
| 12/4/2014 | | $ 117,973.26 | | trasnfer to main account |
| 12/5/2014 | $ 2,200.00 | | | Paul Bowman |
| 12/8/2014 | $ 833.34 | | | Lighthouse Financial Solutions |
| 12/16/2014 | $ 15,000.00 | | | Nature Coast Financial Advisors |
| 12/16/2014 | $ 1,000.00 | | | Tim Hensley |
| 12/16/2014 | $ 1,300.00 | | | Sharon Brodie |
| 12/29/2014 | $ 300.00 | | | Thomas Consulting |
| 12/29/2014 | $ 150.00 | | | Glenn Robert |
| 12/29/2014 | $ 9,500.00 | | | Arbuckle Management |
| 12/25/2014 | $ 4.30 | | | interst |
| **Total** | **$ 215,329.34** | **$ 183,091.70** | **$ 32,237.64** | |
| | | | | |
| Jan-15 | $ 32,237.64 | | | |
| 1/5/2015 | $ 5,000.00 | | | Romina Huffman |
| 1/7/2015 | $ 9,000.00 | | | Edgeworth Enterprise |
| 1/7/2015 | $ 2,200.00 | | | Paul Bowman |
| 1/7/2015 | $ 1,000.00 | | | Rick Clayton |
| 1/7/2015 | $ 833.34 | | | Lighthouse Financial Solutions |
| 1/9/2015 | | $ 12,430.90 | | Damian & Valori |
| 1/9/2015 | | $ 19,806.74 | | trasnfer to main account |
| 1/15/2014 | $ 22,000.00 | | | James Bond |
| 1/15/2014 | $ 1,000.00 | | | Timothy Hensley |
| 1/22/2015 | $ 15,000.00 | | | Nature Coast Financial Advisors |
| 1/25/2015 | $ 1.70 | | | interst |
| **Total** | **$ 88,272.68** | **$ 32,237.64** | **$ 56,035.04** | |
| | | | | |
| Feb-15 | $ 56,035.04 | | | |
| 2/2/2015 | $ 1,000.00 | | | Eagle Valley Financials |
| 2/2/2015 | $ 300.00 | | | Thomas Consulting |
| 2/2/2015 | $ 1,250.00 | | | Mark Estes |
| 2/9/2015 | $ 2,200.00 | | | Paul Bowman |
| 2/12/2015 | $ 833.34 | | | Lighthouse Financial Solutions |
| 2/13/2015 | $ 1,000.00 | | | Tim Hensley |
| 2/18/2015 | $ 4,000.00 | | | Eagle Valley Financials |
| 2/28/2015 | $ 4.00 | | | interst |
| **Total** | **$ 66,622.38** | **$ -** | **$ 66,622.38** | |

**Marketing Advisors Account (Page 4 of 5)**

| Date | Amount | Amount 2 | Description |
|---|---|---|---|
| Mar-15 | $ 66,622.38 | | |
| 3/2/2015 | $ 300.00 | | Thomas Consulting |
| 3/2/2015 | $ 1,250.00 | | Mark Estes |
| 3/10/2015 | $ 1,000.00 | | Tim Hensley |
| 3/11/2015 | $ 833.34 | | Lighthouse Financial Solutions |
| 3/22/2015 | $ 2,200.00 | | Paul Bowman |
| 3/27/2015 | $ 30,745.05 | | Future Financial of Davie (Pawley) |
| 3/31/2015 | $ 300.00 | | Thomas Consulting |
| 3/31/2015 | $ 4.30 | | interst |
| **Total** | **$ 103,255.07** | **$ -** | **$ 103,255.07** |
| | | | |
| Apr-15 | $ 103,255.07 | | |
| 4/7/2015 | $ 1,500.00 | | Eagle Valley Financials |
| 4/7/2015 | $ 1,000.00 | | Tim Hensley |
| 4/9/2015 | | $ 37,477.41 | Damian & Valori |
| 4/9/2015 | | $ 65,773.36 | transfer to main account |
| 4/9/2015 | $ 2,200.00 | | Paul Bowman |
| 4/13/2015 | $ 833.34 | | Lighthouse Financial Solutions |
| 4/28/2015 | $ 300.00 | | Thomas Consulting |
| | $ 3.83 | | interst |
| **Total** | **$ 109,092.24** | **$ 103,250.77** | **$ 5,841.47** |
| | | | |
| May-15 | $ 5,841.47 | | |
| 5/4/2015 | $ 52,000.00 | | Paul Dumouchel |
| 5/5/2015 | $ 1,000.00 | | Edward Blazo |
| 5/13/2015 | $ 1,500.00 | | Eagle Valley Financials |
| 5/13/2015 | $ 833.34 | | Lighthouse Financial Solutions |
| 5/15/2015 | $ 4,000.00 | | Edgeworth Enterprises |
| 5/26/2015 | $ 1,500.00 | | Glen Roberts |
| 5/26/2015 | $ 100,000.00 | | John Harper |
| 5/25/2015 | $ 3.42 | | interst |
| **Total** | **$ 166,678.23** | **$ -** | **$ 166,678.23** |
| | | | |
| Jun-15 | $ 166,678.23 | | |
| 6/1/2015 | $ 500.00 | | Edward Blazo |
| 6/1/2015 | $ 300.00 | | Thomas Consulting |
| 6/17/2015 | $ 1,500.00 | | Eagle Valley Financials |
| 6/23/2015 | $ 6,700.00 | | Thomas Consulting |
| 6/30/2015 | $ 500.00 | | Edward Blazo |
| 6/25/2015 | $ 13.84 | | interst |
| **Total** | **$ 176,192.07** | **$ -** | **$ 176,192.07** |
| | | | |
| Jul-15 | $ 176,192.07 | | |
| 7/13/2015 | | $ 60,198.66 | Damian & Valori |
| 7/13/2015 | | $ 115,993.41 | transfer to main account |
| 7/27/2015 | $ 8.66 | | interst |
| **Total** | **$ 176,200.73** | **$ 176,192.07** | **$ 8.66** |
| | | | |
| Aug-15 | $ 8.66 | | |
| 8/27/2015 | | | interst |
| **Total** | **$ 8.66** | **$ -** | **$ 8.66** |

**Marketing Advisors Account (Page 5 of 5)**

| Date | Amount | | Payee |
|---|---|---|---|
| Sep-15 | $ | 8.66 | |
| 9/2/2015 | $ | 500.00 | Edward Blazo |
| 9/2/2015 | $ | 500.00 | Edward Blazo |
| 9/23/2015 | $ | 250.00 | Menniti Financial Group Inc. |
| **Total** | **$** | **1,258.66** | $         -    $    1,258.66 |
| | | | |
| Oct-15 | $ | 1,258.66 | |
| **Total** | **$** | **1,258.66** | $         -    $    1,258.66 |
| | | | |
| Nov-15 | $ | 1,258.66 | |
| **Total** | **$** | **1,258.66** | $         -    $    1,258.66 |
| | | | |
| Dec-15 | $ | 1,258.66 | |
| **Total** | **$** | **1,258.66** | $         -    $    1,258.66 |
| | | | |
| Jan-16 | $ | 1,258.66 | |
| 1/15/2016 | | | $     583.30   Damian & Valori |
| **Total** | **$** | **1,258.66** | $    583.30   $      675.36 |
| | | | |
| Feb-16 | $ | 675.36 | |
| **Total** | **$** | **675.36** | $         -    $      675.36 |
| | | | |
| Mar-16 | $ | 675.36 | |
| **Total** | **$** | **675.36** | $         -    $      675.36 |
| | | | |
| Apr-16 | $ | 675.36 | |
| **Total** | **$** | **675.36** | $         -    $      675.36 |